1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
3       Colton, California 92324
        Telephone: (909) 796-4560
4       Facsimile:  (909) 796-3402
5       E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8              UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  ROBERT ZUEGER,                  )   No.  EDCV 09-2267 JEM
11                                  )
12      Plaintiff,                  )   [PROPOSED] ORDER AWARDING
                                    )   EAJA FEES
13                                  )
    v.                              )
14                                  )
15  MICHAEL J. ASTRUE,              )
    Commissioner Of Social Security,)
16                                  )
17      Defendant.                  )
    _____)

18      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19      IT IS ORDERED that EAJA fees are awarded in the amount of TWO
20  THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($2,800.00) subject to the
21  terms of the stipulation.
22      DATE:  12/28/2010    John E. McDermott
23                           _____
24                           HON. JOHN E. MCDERMOTT
                             UNITED STATES MAGISTRATE JUDGE
25
26
27
28

                              -1-

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY